Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 73.71.176.191, <br><br> Defendant. | Case Number: 3:19-cv-01104-EMC <br><br> Honorable Edward M. Chen <br><br> **PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.71.176.191** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 73.71.176.191 are voluntarily dismissed without prejudice.

Dated: April 25, 2019                                    Respectfully submitted,

By: /S/ Lincoln D. Bandlow
Lincoln D. Bandlow, Esq.
FOX ROTHSCHILD LLP
*Attorney for Plaintiff*

**GRANTED**
Judge Edward M. Chen
DATED: 4/25/3019

---

Plaintiff's Notice of Voluntary Dismissal without Prejudice of John Doe
Case No. 3:19-cv-01104-EMC